IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY BREWSTER, ) | |
| ) | |
| Plaintiff, ) | Case No.: 13CV60330 |
| ) | |
| v. ) | |
| ) | |
| CITY OF MACON MAYOR AND COUNCIL, ) | |
| OFFICER CLAYTON SUTTON, Individually and ) | |
| in his Official Capacity, OFFICER LISA SAPP, ) | |
| Individually and in her Official Capacity, CHIEF ) | |
| T. MICHAEL "MIKE" BURNS, Individually and ) | |
| in his Official Capacity, SHERIFF JERRY ) | |
| MODENA, Individually and in his Official ) | |
| Capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that **Defendants City of Macon and Council, and Chief T. Michael "Mike" Burns** (by special appearance, having not been served) hereby respectfully request the removal of the action described below from the Bibb County Superior Court to the United States District Court of the Middle District of Georgia.

1.

On December 17, 2013, Plaintiff filed a Complaint in the Bibb County Superior Court captioned *Jimmy Brewster, Plaintiff, v. City of Macon Mayor and Council, Officer Clayton Sutton, Individually and in his Official Capacity, Officer Lisa Sapp, Individually and in her Official Capacity, Officer Charles Gibby, Individually and in his Official Capacity, Chief T. Michael "Mike" Burns, Individually and in his Official Capacity, Sheriff Jerry Modena, in his Official Capacity, Defendants*, Case No. 13CV60330.

2.

A copy of all process, pleadings, and orders served upon Defendants City of Macon Mayor and Council, and Chief T. Michael "Mike" Burns in the Bibb County Superior Court action are attached hereto as Exhibit "A" in accordance with 28 U.S.C. § 1446(a).  A copy of the Notice to the Superior Court of Bibb County, Georgia of the removal of this action to the United States District Court is attached hereto as Exhibit "B."

3.

Less than thirty (30) days have passed since the first service or notice of the Complaint to Defendants City of Macon Mayor and Council, and Chief T. Michael "Mike" Burns.  Therefore, this action is being timely removed to federal court pursuant to 28 U.S.C. § 1446(b).

4.

Plaintiff's Complaint alleges a federal constitutional tort claim of cruel and unusual punishment in violation of the 8th Amendment and Section 1983 of the Civil Rights Act of 1866 (42 U.S.C. § 1983).  Plaintiff's Complaint also alleges state law claims of intentional infliction of emotional distress, intentional denial of medical care, and negligent infliction of emotional distress, which arise out of the same underlying incident and are based on the same facts as Plaintiff's federal law claims.

5.

This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1443 in that it arises under federal statutes of the United States. In addition, Defendants City of Macon Mayor and Council, and Chief T. Michael "Mike" Burns respectfully request that the United States District Court for the Middle District of Georgia retain

jurisdiction over Plaintiff's state law claims as they arise out of the same underlying incident and are based on the same facts as Plaintiff's federal law claims.

6.

Defendants Officer Clayton Sutton, Officer Lisa Sapp, and Officer Charles Gibby have consented to the removal of this action to the United States District Court of the Middle District of Georgia. Defendants Officer Clayton Sutton, Officer Lisa Sapp, and Officer Charles Gibby's Consent to Removal is attached hereto as Exhibit "C."

7.

Defendant Jerry M. Modena has consented to the removal of this action to the United States District Court of the Middle District of Georgia. Defendant Jerry M. Modena's Consent to Removal is attached hereto as Exhibit "D."

8.

This pleading and written notice hereof is being contemporaneously served upon Plaintiff, through his counsel of record. A copy of the Notice of Removal is being filed with the Clerk of the Superior Court of Bibb County, Georgia pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants City of Macon Mayor and Council, and Chief T. Michael "Mike" Burns pray that this action be removed to the United States District Court for the Middle District of Georgia.

Respectfully submitted this 24th day of January, 2014.

                                           */s/ Duke R. Groover*
                                           DUKE R. GROOVER
                                           Georgia Bar No. 313225


                                           */s/ Carol L. Underwood*
                                           CAROL L. UNDERWOOD
                                           Georgia Bar No. 198176


                                           *Attorneys for Defendants City of Macon Mayor and*
                                           *Council, and Chief T. Michael "Mike" Burns*

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
Post Office Box 4283
Macon, Georgia 31208-4283
(478) 742-4280 (telephone)
(478) 742-8720 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF System, which will send notification of the filing to the interested parties to this action.

Charles E. Jones
(*Attorney for Plaintiff*)
Jones and Oliver, P.C.
102 Peachtree Street
Fort Valley, GA 31030

Thomas F. Richardson
(*Attorney for Defendants Officer Clayton Sutton, Officer Lisa Sapp,
and Officer Charles Gibby (by special appearance)*)
Chambless, Higdon, Richardson, Katz & Griggs, LLP
P.O. Box 18086
Macon, GA 31209-8086

Dawn Maynor Lewis, Esq.
Virgil L. Adams, Esq.
(*Attorneys for Defendant Jerry M. Modena*)
Adams, Jordan & Herrington, P.C.
Fickling & Co. Building
577 Mulberry Street, Suite 1250
Macon, GA  31202-0928

This the 24th day of January, 2014.

/s/ *Carol L. Underwood*
CAROL L. UNDERWOOD
Georgia Bar No. 198176
*Attorney for Defendants City of Macon Mayor and Council, and Chief T. Michael "Mike" Burns*

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
Post Office Box 4283
Macon, Georgia 31208-4283
(478) 742-4280 (telephone)
(478) 742-8720 (facsimile)