IN THE SUPERIOR COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JIMMY BREWSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Macon Mayor and Council, Officer Clayton Sutton, Individually and in his Official Capacity, Officer Lisa Sapp, Individually and in her Official Capacity, Officer Charles Gibby, Individually and in his Official Capacity, Chief T. Michael "Mike" Burns, Individually and in his Official Capacity, Sheriff Jerry Modena, in his Official Capacity,<br><br>    Defendants. | Civil Action No. 13-CV-60330 |

### CONSENT TO REMOVAL

COME NOW Clayton Sutton, individually and in his official capacity, Officer Lisa Sapp, individually and in her official capacity, and Officer Charles Gibby, individually and in his official capacity (by special appearance, having not been served), defendants, and file this Consent to Removal of the above-captioned case to the United States District Court for the Middle District of Georgia, Macon Division.

This 24 day of January, 2014.

                                              Thomas F. Richardson
                                              State Bar No. 604325
                                              Attorney for Defendants,
                                              Clayton Sutton, Lisa Sapp, and
                                              Charles Gibby (by special appearance)

Chambless, Higdon, Richardson,
 Katz & Griggs, LLP
3920 Arkwright Road, Ste. 405
P.O. Box 18086
Macon, GA 31209-8086
(478)745-1181

Exhibit C